IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action: 13-cr-00500-RBJ | Date: June 24, 2014 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: xxxxxx | Probation: Darren Streich |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff**<br><br>v.<br><br>1. ADRIAN CASTILLO-ARELLANO<br>**Defendant(s)** | *Mark J. Barrett*<br><br><br><br><br>*Brian R. Leedy* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:** 8:29 a.m.

Interpreter sworn.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** [22] Defendant's Motion for a Statutory Sentence of 13 Months Imprisonment and One Year Supervised Release is **DENIED.**

Defendant shall be **imprisoned** for **41 months** as to Count One of the Indictment, no term of supervised release.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:** 9:09 a.m.          Hearing concluded.          Total time:     00:40